DETROIT TRUST CO. *v.* COMMON COUNCIL OF CITY OF DETROIT.

Certiorari to Wayne; Hally, J. Submitted June 18, 1912. (Calendar No. 25,224.) Decided July 10, 1912.

Mandamus by the Detroit Trust Company against the common council and assessors of the city of Detroit to compel respondents to deduct from relator's assessed property the value of certain mortgages and other credits of relator. An order granting the writ is reviewed by respondents on certiorari. Affirmed.

*Walter Barlow* (*Richard I. Lawson*, of counsel), for appellants.

*Miller, Smith, Paddock & Perry* (*Sidney T. Miller*, of counsel), for appellee.

STONE, J. This case was presented and argued with that of the *Union Trust Co.* v. *Detroit Common Council*, *ante,* 692 (137 N. W. 122). It relates to the question of tax-paid mortgages amounting to $848,707.49. The same question is presented, and is subject to the same rules as in the other case, and the action of the court below was the same.

The judgment of the circuit court is affirmed.

MOORE, C. J., and STEERE, McALVAY, BROOKE, OSTRANDER, and BIRD, JJ., concurred. BLAIR, J., did not sit.